UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENIGNO CONTRERAS BORDALLO, et al.
v.
BANCO BILBAO VIZCAYA DE PUERTO RICO, et al.

CASE NUMBER: 96-1874 (DRD)

### ORDER

Pending before the Court is Defendants' Motion Summary Judgment (Docket No. 54) and Plaintiffs' opposition thereto (Docket No 56), and Defendants' reply (Docket No. 57). The court hereby refers this case to U.S. Magistrate Judge Justo Arenas for a Report and Recommendation on the disposition of the pending motions and any other motions relating to the pending motions including, but not limited to, a surreply by Plaintiff. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).
IT IS SO ORDERED.

Date: September 1, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\96-1874 REF

Rec'd:        EOD:

By:           #62