UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                              DATE: October 5, 1999

**CIVIL NO. 96-1874 (DRD)**

Courtroom Deputy:  Janet **GONZALEZ**
===============================================================
BENIGNO CONTRERAS                       Attorneys: Luis E. **PABON- ROCA**

vs.

BANCO BILBAO VIZCAYA                    Carlos G. **MARTINEZ**
                                        Pedro **MANZANO**
                                        Rebecca **PAJES**
===============================================================

   PRETRIAL CONFERENCE is held in chambers.   The parties inform they have explored settlement, but are still are far apart.

   Pending before the Court is defendants' Motion for Summary Judgment (Dkt. No. 54). This motion has been referred to US Magistrate-Judge Arenas.  Once it is decided, plaintiff will request a trial date.

   Hence, trial scheduled for October 19, 1999 is re-set for **December 13, 1999 at 9:00 A.M.** Estimated trial length is one week.

   A further Pretrial Conference is set for **December 9, 1999 at 4:30 P.M.**

s/c: Counsel of record & Jury Clerk              COURTROOM DEPUTY