# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

## BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**<u>MINUTES OF PROCEEDINGS</u>**                    DATE: December 9, 1999

**CIVIL NO. 96-1874 (DRD)**

Courtroom Deputy:  Janet **GONZALEZ**
=================================================================
BENIGNO CONTRERAS                    <u>Attorneys:</u> Luis E. **PABON- ROCA**

VS.

BANCO BILBAO VIZCAYA                        Carlos G. **MARTINEZ**
                                           Pedro **MANZANO**
                                           Rebecca **PAJES**
=================================================================

   A FURTHER PRETRIAL CONFERENCE is held in chambers.  Pending before the Court

is the Magistrate Report and Recommendation for dismissal.  The parties state their positions

on this matter.

   A Settlement Conference is set for **December 20, 1999 at 4:30 P.M.**    Hence, Jury trial

scheduled for December 13, 1999 is vacated and set aside.

_____
COURTROOM DEPUTY


s/c: Counsel of record & Jury Clerk