UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**   DATE: December 20, 1999
**CIVIL NO. 96-1874 (DRD)**
LAW CLERK: Nathan J. Schulte

| | Attorney: |
|---|---|
| BENIGNO CONTRERAS, et al., Plaintiffs, v. | Luis **PABON-ROCA** |
| BANCO BILBAO VIZCAYA, et al., Defendants. | Pedro **MANZANO** <br> Carlos **MARTINEZ** <br> Rebecca **PAEZ** |

A SETTLEMENT CONFERENCE was held today. The Plaintiffs have agreed to a sum certain and counsel for the Defendants agreed to recommend that amount to his clients. Defendants' counsel is to notify the Court tomorrow, December 21, 1999, as to his clients' assent.

Therefore, the Court **GRANTS** the parties **until December 29, 1999** to finalize the settlement agreement and file the necessary documents with the Court. Otherwise, the pending motions will be adjudicated and the case will immediately be re-set for trial.

*[signature]*
LAW CLERK

s/c: Counsel of record
P:\MINUTES\96-1874.MEM