UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENIGNO CONTRERAS BORDALLO et al
v.
BANCO BILBAO VIZCAYA DE PUERTO RICO et al

CASE NUMBER: 96-1874(DRD)

*RECEIVED & FILED DEC 30 1999 OFFICE-CLERK, U.S. DIST. CT. SAN JUAN, P.R.*

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/30/99  **Docket Nos.** 73, 74, 75 &  [X] Plff    [X] Deft  [ ] Other  **Title:** Motion for filing settlement agreement under seal and Notice of voluntary dismissal | **APPROVED**  The court hereby approves the parties' confidential settlement agreement and stipulation for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Pursuant to the stipulation, the court hereby dismisses all claims by Plaintiffs against Defendants **with prejudice** and without the imposition of costs, expenses or attorneys' fees.  The parties' Confidential Settlement Agreement will remain under seal until otherwise ordered by the Court.  The Court retains jurisdiction for compliance with the substantive terms of the confidential settlement agreement.  Judgment shall be entered accordingly.  This Order disposes of all pending motions for administrative purposes. |

Date: December 30, 1999.

DANIEL R. DOMINGUEZ
U.S. District Judge

N:\96-1874.vol