UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENIGNO CONTRERAS BORDALLO et al

v.

BANCO BILBAO VIZCAYA DE PUERTO RICO et al

CASE NUMBER: 96-1874(DRD)

*RECEIVED & FILED DEC 30 1999 OFFICE-CLERK, U.S. DIST. CT. SAN JUAN, P.R.*

## JUDGMENT

The Court, having approved on this same date the parties' confidential settlement agreement and stipulation for voluntary dismissal, hereby enters judgment dismissing this action against defendants **with prejudice** and without imposition of costs, expenses or attorneys' fees. The Court retains jurisdiction for compliance with the substantive terms of the settlement agreement in accordance with the Order issued on this same date.

DANIEL R. DOMINGUEZ
U.S. District Judge

**Date**: December 30, 1999.

Rec'd:        EOD:

By:           # 77

N:\96-1874 vol