UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Benigno Contreras Bordallo, et al.        CIVIL NO. 96-1874 (DRD)

v.

Defendant(s) Banco Bilbao Vizcaya de Puerto Rico, et al.

*RECEIVED AND FILED 00 FEB -4 AM 8:28 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket entry no. 77 | ☒ GRANTED. |
| Date: February / 1 / 2000. | ☐ DENIED. |
| Title: Motion for Filing Notice to the Court Under Seal. | ☐ MOOT. |
| | ☐ NOTED. |

GRANTED. Therefore, Notice to the Court RE: Compliance with Settlement Agreement (Docket No. 80) is hereby SEALED. Further, the settlement agreement has been complied with fully. Thus, the Court no longer retains jurisdiction over this case. All other pending motions all rendered MOOT. IT IS SO ORDERED.

IT IS SO ORDERED.

Date:  2 /02/ 2000.

*[signature]*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE